FILED & JUDGMENT ENTERED
David E. Weich

Sep 28 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

**IN THE MATTER OF:**

| | | |
|---|---|---|
| NAME: | GOLD, WILLIAM JOSEPH | CHAPTER 13 NO. 10-40090 |
| | GOLD, PATSY MODE | OUR FILE NO. 13115-WG |
| ADDRESS: | 119 TRAILWOOD DR. | |
| | FOREST CITY, NC 28043 | |
| SSN: | --- -- 9529 & --- -- 0417 | |

**Debtors.**
_____

### ORDER AND FINAL JUDGMENT APPROVING
### NON-BASE LEGAL FEE AND EXPENSES

**THIS MATTER** coming on to be heard and being heard before the undersigned Judge presiding over the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division, pursuant to a Motion for relief from stay filed by Carolina First Bank, which Motion was resolved; and

**IT FURTHER APPEARING** to the undersigned that in his objection the attorney for the debtors moved the court for approval of the standard non-base legal fee of $450.00, said fee to be paid under the plan in this case; and

**IT FURTHER APPEARING** to the undersigned that the said fee should be allowed and approved and the Trustee should be directed to include in this plan an additional non-base legal fee to be paid to the attorney for the debtors in the sum of $450.00.

**IT IS SO ORDERED.**

This Order has been signed
electronically.  The judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court